USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    EMMANUEL A. VARGAS and SILVESTRE VARGAS,

                                  Plaintiffs,

                -against-

    GILLIAN AXTENS,

                                Defendant.
------------------------------------------------------------- X

1:21-cv-04074-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    This action was removed from the Supreme Court of the State of New York, County of New York, on May 6, 2021. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than May 20, 2021. Additionally, counsel for Plaintiffs is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

    SO ORDERED.

Dated: May 7, 2021
New York, New York

                                                           _____
                                                           GREGORY H. WOODS
                                                      United States District Judge